## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  :

       Plaintiff,  :

       v.  :    Criminal Action No. 07- 7O-UNA

DANIEL JOHNSON,  :

       Defendant.  :

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about April 18, 2007, in the State and District of Delaware, DANIEL JOHNSON, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

### NOTICE OF FORFEITURE

Upon conviction of one or more of the controlled substance offenses alleged in Counts I above, DANIEL JOHNSON, defendant herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to:

1995 Chevrolet Tahoe, registration PC87735



F I L E D

MAY 2 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

omission of the defendant:

    (1)     cannot be located upon the exercise of due diligence;

    (2)     has been transferred or sold to, or deposited with, a third party;

    (3)     has been placed beyond the jurisdiction of the court;

    (4)     has been substantially diminished in value; or

    (5)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:


Foreperson


COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney


Dated: May 22, 2007