IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-70-UNA |
| ) | |
| DANIEL JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Daniel Johnson as a result of the Indictment returned against him on May 22, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Dated: May 22, 2007

**AND NOW**, this 22nd day of May, 2002, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest of Daniel Johnson.

FILED
MAY 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Mary Pat Thynge
United States Magistrate Judge