IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-70 JJF |
| DANIEL JOHNSON, | : | |
| Defendant. | : | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On May 22, 2007, Daniel Johnson was indicted for possession with intent to distribute cocaine, a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1).

2. Daniel Johnson is currently a pretrial detainees on various State offenses. The defendant is detained at the Howard R. Young Correctional Institution, Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, June 21, 2007, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Howard R. Young Correctional Institution, to bring the said defendant Daniel Johnson before this Court on ~~June 21, 2007, at 1:00 p.m.~~ June 28, 2007 at 1:00 p.m. for an Initial Appearance and to be held



FILED
JUN 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the custody of the U.S. Marshal until such time as these proceeding are complete.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

                                        By: /s/ Douglas E. McCann
                                            Douglas E. McCann
                                            Assistant United States Attorney

Dated: June 5, 2007

        **IT IS SO ORDERED** this _6_ day of _June_ _____, 2007.

                                          HONORABLE MARY PAT THYNGE
                                          United States Magistrate Court