AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**DANIEL JOHNSON**

# WARRANT FOR ARREST

CASE NUMBER: 07- 88M-MPT

CR07-70-JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Daniel Johnson__ when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

did knowingly attempt to possess with intent to distribute, cocaine, a controlled substance

in violation of Title _21_ United States Code, Section (s) __841(a)(1) and (b)(1)(C) and 846 and 18 U.S.C. Section 2__

Honorable Mary Pat Thynge
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

May 1, 2007   Wilmington, DE
Date and Location

by_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ USM DE |

| DATE RECEIVED 5-1-07 | NAME AND TITLE OF ARRESTING OFFICER Barbara Fahey DUSM | SIGNATURE OF ARRESTING OFFICER Barbara Fahey |
|---|---|---|
| DATE OF ARREST 6/28/07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED
JUL 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE