AO 44  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

                                 District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

DANIEL JOHNSON

**WARRANT FOR ARREST**

Case Number:  CR 07-70-UNA

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **DANIEL JOHNSON** _____
                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with  (brief description of offense)

KNOWINGLY POSSESS WITH THE INTENT TO DISTRIBUTE COCAINE

FILED
AUG 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and (b)(1)(C) and 18:2 _____

PETER T. DALLEO                                    BY: /s/ [signature]  : DEPUTY CLERK
Name of Issuing Officer                            Signature of Issuing Officer

CLERK OF COURT                                     MAY 23, 2007  at  WILMINGTON, DE
Title of Issuing Officer                           Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 5-23-07 | William David Duzan | [signature] |
| DATE OF ARREST | | |
| 6-28-07 | | |