# OBERLY, JENNINGS & RHODUNDA, P.A.

1220 Market Street – Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

**Charles M. Oberly, III**  (302) 576-2000
**Kathleen M. Jennings**  Fax (302) 576-2004
**William J. Rhodunda, Jr.**
    ------------  E.I.No. 51-0364261
**Karen V. Sullivan**
**Chandra J. Rudloff**

Writer's e-mail coberly@ojlaw.com

February 12, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

Re:  **United States v. Daniel Johnson – Cr.A. No. 07-70-JJF**

Dear Judge Farnan:

  I would like to request a continuance of the sentencing in regard to the above-captioned case.  This matter is presently scheduled on the Court's calendar for March 7, 2008, at 12:30 p.m. in Courtroom 4B.  My partner, Kathleen M. Jennings, and myself are currently registered to attend a seminar in Florida on the dates of March 5 thru 7, 2008.

  I have been in contact with Douglas E. McCann, the Assistant United States Attorney assigned to this case, and he has no objection to this request.

          Respectfully submitted,

          */s/ Charles M. Oberly, III*

          **CHARLES M. OBERLY, III**

CMO,III/dq

cc:  Douglas E. McCann, AUSA
  Daniel Johnson