IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-070 JJF |
| DANIEL JOHNSON, | : |
| Defendant. | : |

### O R D E R

WHEREAS, at the request of counsel, the March 2008 Sentencing has been cancelled;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **April 3, 2008 at 10:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

_March 3, 2008_
DATE

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE

FILED
MAR 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE