IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-70 JJF |
| DANIEL JOHNSON, | : | |
| Defendant. | : | |

STIPULATION

The parties hereby stipulate and agree that the green 1995 GMC Tahoe, VIN #1GNEK13K9SJ429113, seized April 18, 2007, registered to Michelle JOHNSON, 115 Germantown Court Newark, Delaware, facilitated the violation alleged in Count I of the Indictment, in that it was used by the defendant as a meeting location for the delivery of cocaine.

_____
Daniel Johnson
Defendant
Date: 2/27/08

_____
Charles M. Oberly, Esquire
Oberly Jennings & Rhodunda P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, Delaware 19899-2054

Attorney for Defendant
Date: 3/11/08

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

Date: 3/21/08