

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

April 3, 2008

**BY CM/ECF**

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

      Re:    **United States v. Johnson, Criminal Action No. 07-70-JJF**

Dear Judge Farnan:

      Following the defendant's conviction, the Court entered a Preliminary Order of Forfeiture ordering the defendant to forfeit a 1995 Chevrolet Tahoe.

      Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure requires that the forfeiture "be made a part of the sentence and included in the judgment." Accordingly, the government respectfully requests that the following language be included in the Court's sentencing colloquy and on page six of the criminal judgment:

      "Pursuant to 21 U.S.C. § 853(a), the defendant shall forfeit to the United States the 1995 Chevrolet Tahoe identified in the Preliminary Order of Forfeiture, which Order is incorporated by reference into the Criminal Judgment in this case."

      Respectfully submitted,

      COLM F. CONNOLLY
      United States Attorney

BY: *[signature]*
      Douglas E. McCann
      Assistant United States Attorney

cc:    Charles M. Oberly, III, Esquire (By CM/ECF)